UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-1269-SVW (KS)                                              Date: February 24, 2020

Title   *Charles Trayzon Gilbert v. J. Fernald*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 3, 2020, Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (the "Complaint") in the Eastern District of California.  (Dkt. No. 1.)  The Complaint asserts claims under the First and Eighth Amendments to the U.S. Constitution against J. Fernald, a correctional officer with California State Prison – Los Angeles County ("CSP-LAC").  Specifically, Plaintiff alleges that, on July 28, 2019, Defendant Fernald appeared at Plaintiff's cell door and "solicited Plaintiff saying 'are you stroking your dick?'"  (Complaint at 3.)  Plaintiff responded by reaching for Title 15 of the California Code of Regulations and threatening to "write[] [Defendant] up."  (Complaint at 3.)  Defendant then threatened to "send [Plaintiff] to the hole." (Complaint at 3.)  Plaintiff "recoiled . . . without further protest."  (Complaint at 3.)  Plaintiff alleges that Defendant "meant to strike fear in Plaintiff, knowing that Plaintiff would be subjected to the underground regulation[,] . . . which authorizes yellow placards to be placed on the outside of Plaintiff's cell door and windows, identifying and labeling him as a sex offender."  (Complaint at 4.)  "Upon the enforcement of this regulation, Plaintiff began receiving death threats from other inmates."  (Complaint at 4.)  Plaintiff alleges that Defendant's actions caused Plaintiff to "liv[e] under the threat of foreseeable harm, which [D]efendant anticipated, planned, and orchestrated."  (Complaint at 4.)

On February 7, 2020, the Eastern District transferred the action to the Central District.  (Dkt. No. 2.)  Also on February 7, 2019, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*.  (Dkt. No. 4.)  More than two weeks have now passed and Plaintiff has not responded to the Court's notification.  Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without

prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than March 16, 2020, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P). **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the March 16, 2020 deadline.**

**Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of his case.**

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |