UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-1269-SVW (KS)                                         Date: July 6, 2020

Title      *Charles Trayzon Gilbert v. J. Fernald*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 3, 2020, Plaintiff, a California state prisoner who is proceeding *pro se* and *in forma pauperis*, initiated this civil rights action against California Department of Corrections and Rehabilitation ("CDCR") employees. (Dkt. No. 1.) On March 20, 2020, Plaintiff filed a First Amended Complaint, which is now the operative pleading. (Dkt. No. 8.)

On May 13, 2020, the Court directed service of process on Defendant J. Fernald, a correctional officer at California State Prison – Los Angeles County, in his individual and official capacity. (Dkt. Nos. 15-17.) The Court also ordered Plaintiff to file with the Court, no later than June 12, 2020, copies of the USM-285 forms that he submitted to the United States Marshal. (Dkt. No. 16.)

Three weeks have now passed since Plaintiff's June 12, 2020 deadline for filing copies of the USM-285 forms, and the Court has not received copies of Plaintiff's completed USM-285 forms. Accordingly, the Court may now recommend dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, which states that a civil action is subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before July 27, 2020**, why the Court should not recommend that this action be dismissed for failure to prosecute and comply with court orders. If Plaintiff wishes to proceed with this action, he may discharge this Order by filing <u>one</u> of the following:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-1269-SVW (KS)                                        Date: July 6, 2020

Title   *Charles Trayzon Gilbert v. J. Fernald*

(1) copies of the USM-285 forms that were provided to the United States Marshal Service;

(2) a request for an extension of time to submit the USM-285 forms to the Court; or

(3) a declaration signed under penalty of perjury that establishes that Plaintiff timely submitted the USM-285 to the U.S. Marshal.

Alternatively, if Plaintiff does not wish to pursue this action, he may file a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**Plaintiff is advised that the failure to timely comply with this order may result in the dismissal of this case pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41-1.**

**IT IS SO ORDERED.**

:
**Initials of Preparer**   gr