**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHARLES TRAYZON GILBERT,   )  NO. CV 20-1269-SVW (KS)
)
          Plaintiff,    )
)
     v.           )  **ORDER ACCEPTING FINDINGS AND**
)  **RECOMMENDATIONS OF UNITED**
J. FERNALD,         )  **STATES MAGISTRATE JUDGE**
)
          Defendants.  )
_____ )

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the March 4, 2021 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

\\

\\

\\

\\

\\

Accordingly, IT IS ORDERED that: (1) Defendant's Motion to Dismiss is GRANTED; (2) Plaintiff's claim for injunctive relief and his official capacity claims against Defendant are DISMISSED; and (3) Defendant shall file an Answer to the Second Amended Complaint, as amended by this Order, within fourteen (14) days of the date of this Order.

DATED: August 17, 2021

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE