UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TRAYZON GILBERT,<br>    Plaintiff,<br>  v.<br>J. FERNALD,<br>    Defendant. | NO. CV 20-1269-SVW (KS)<br><br>ORDER ACCEPTING INTERIM FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the November 7, 2022 Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

/ /
/ /

1

Accordingly, IT IS ORDERED that Plaintiff's Motion for Summary Judgment (dkt. no. 73) is DENIED without prejudice.

IT IS SO ORDERED.

DATED: January 27 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE