JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES TRAYZON GILBERT, ) | NO. CV 20-1269-SVW (KS) |
| Plaintiff, ) | |
| v. ) | JUDGMENT |
| J. FERNALD, ) | |
| Defendant. ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: February 16, 2023

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

1